**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**STEPHEN BUFFINGTON,**
**ADC # 086254**                                                                    **PETITIONER**

**v.**                          **Case No. 5:17-cv-00265-KGB-PSH**

**WENDY KELLEY**                                                                **RESPONDENT**

## ORDER

Before the Court are the Findings and Recommendation filed by United States Magistrate Judge Patricia S. Harris (Dkt. No. 9). No objections to the Findings and Recommendation have been filed, and the time for filing objections has passed. After review, this Court adopts the Findings and Recommendation in their entirety as this Court's findings in all respects. Plaintiff Stephen Buffington's petition for writ of habeas corpus is hereby dismissed with prejudice (Dkt. No. 2).

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis for this Court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

So ordered this 9th day of July, 2018.

Kristine G. Baker
United States District Judge